MELINDA HAAG (CSBN 132612)
United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
JENNIFER S WANG (CSBN 233155)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6967
    FAX: (415) 436-6748
    jennifer.s.wang@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NESTOR DOMINGO, <br><br> Plaintiffs, <br><br> v. <br><br> PATRICK R. DONAHOE, Postmaster General of the United States, <br><br> Defendant. | CASE NO. C13-4151 RS <br><br> [~~PROPOSED~~] **ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION FOR STAY DUE TO LAPSE IN DEPARTMENT OF JUSTICE APPROPRIATION** |

    On October 8, 2013, in light of the lapse of federal appropriations to the Department of Justice and the continued federal government shutdown, federal defendant, Patrick R. Donahoe, Postmaster General of the United States, moved this court for an order staying the above-captioned matter until after Congress has restored funding for the Department of Justice and the shutdown of the federal government has come to an end. Defendant requested that the November 13, 2013 deadline for defendant's response to the complaint be extended commensurate with the duration of the lapse in appropriations. Good cause appearing, defendant's motion is hereby GRANTED.

    The above-captioned action is hereby STAYED until a date after the shutdown of the federal government has ended and relevant appropriations to the Department of Justice have been restored.

1  Defendant's deadline to respond to the complaint is extended for a period of time equal to the duration
2  of the lapse in appropriations to the Department of Justice and all other deadlines and court dates are
3  vacated.  The Court shall reschedule the initial case management conference according to its calendar
4  needs after the shutdown of the federal government has ended and relevant appropriations to the
5  Department of Justice have been restored.
6  IT IS SO ORDERED.

7
8  DATED:  October 9, 2013

   _____
   HON. RICHARD SEEBORG
   United States District Court Judge