MELINDA HAAG (CSBN 132612)
United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
JENNIFER S WANG (CSBN 233155)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6967
    FAX: (415) 436-6748
    jennifer.s.wang@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NESTOR DOMINGO, ) | CASE NO. 13-4151 CRB |
| ) | |
|    Plaintiffs, ) | **FEDERAL DEFENDANT'S ADMINISTRATIVE** |
| ) | **MOTION REQUESTING CASE** |
|   v. ) | **MANAGEMENT CONFERENCE** |
| ) | |
| PATRICK R. DONAHOE, Postmaster General ) | |
| of the United States, ) | |
| ) | |
|    Defendant. ) | |

    Pursuant to Local Rule 7-11, defendant Patrick R. Donahoe, Postmaster General of the United States, submits this administrative motion requesting that the Court set a case management conference in the above captioned-case. This motion is supported by the following memorandum and declaration of Jennifer S Wang.[1]

---

[1] Prior to filing this administrative motion, defendant attempted to obtain plaintiff's agreement to defendant's request, but was unable to do so. By letter dated July 24, 2014, defendant's counsel notified plaintiff of her intent to make the instant request for a case management conference and issuance of a case management order, and asked if plaintiff would join in defendant's request. To date, plaintiff has not responded. *See* Wang Decl. ¶ 2.

DEF.'S ADMIN. MOT. FOR CASE MANAGEMENT CONFERENCE
C13-4151 CRB                                 1

1  Defendant respectfully requests the scheduling of a case management conference so that the parties may discuss with the Court the setting of deadlines for discovery and dispositive motions in this action. An initial case management conference was scheduled for February 7, 2014 (*see* ECF No. 38), but was not held due to defendant's motion to dismiss. *See* ECF No. 43. On February 7, 2014, the Court heard defendant's motion to dismiss, and on February 14, 2014, the Court issued an order on defendant's motion. *See* ECF No. 43, 44. Defendant's motion to dismiss was granted in part, and denied in part.

The initial case management conference has not yet been held in this matter. No discovery cut-offs, or other deadlines, have been set. For the above mentioned reasons, defendant requests that the Court set a case management conference so that a case management order can be issued. Defendant proposes the Court set a case management conference for September 26, 2014, and that the parties submit their case management statements, including proposed schedules for the case, by September 19, 2014.

Dated: August 7, 2014

Respectfully submitted,
MELINDA HAAG
United States Attorney

/s/ Jennifer S Wang

JENNIFER S WANG
Assistant United States Attorney

## ORDER

The Court, having considered the briefing regarding defendant's administrative motion, hereby sets a case management conference for September 26, 2014, at 8:30 a.m. Case management statements must be filed by September 19, 2014.

IT IS SO ORDERED.

DATED: August 15, 2014

_____
CHARLES R. BREYER
United States District Judge