United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NESTOR C. DOMINGO,

    Plaintiff,

    v.

PATRICK R. DONAHOE,

    Defendant.

Case No. 13-cv-04151-CRB   (MEJ)

**ORDER FOR PLAINTIFF TO PROVIDE DEFENDANT WITH HIS PORTION OF JOINT DISCOVERY LETTER**

Re: Dkt. No. 82

The Court is in receipt of Defendant Patrick R. Donahoe's request for a telephonic conference to enforce the Court's Discovery Standing Order. Dkt. No. 82. Specifically, Defendant states that the parties met and conferred in person on December 10, 2014 regarding Defendant's subpoenas for Plaintiff Nestor Domingo's Kaiser medical and psychotherapy records, but they have been unable to draft a joint letter regarding their dispute. The Court notes that Plaintiff does not agree with certain statements Defendant makes in his portion of the joint letter, including whether the parties discussed all the issues raised in the letter. Wang Decl., Ex. C, Dkt. No. 82-1. However, the Court also notes that discovery closed on December 15, 2014, and time is of the essence. Thus, so that the Court may address the substance of the parties' dispute, the Court ORDERS Plaintiff to provide Defendant with his portion of the joint letter by December 24, 2014. Defendant shall thereafter file the joint letter.

    **IT IS SO ORDERED.**

Dated: December 16, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge