UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NESTOR C. DOMINGO,<br><br>    Plaintiff,<br><br>    v.<br><br>PATRICK R. DONAHOE,<br><br>    Defendant. | Case No. 13-cv-04151-CRB   (MEJ)<br><br>**ORDER RE: PLAINTIFF'S DEPOSITION**<br><br>Re: Dkt. No. 83 |

The Court is in receipt of Defendant Patrick R. Donahoe's request, filed December 16, 2014, regarding the in-person meet and confer requirement for a dispute about Plaintiff Nestor C. Domingo's conduct at his November 7, 2014 deposition. Dkt. No. 83. Good cause appearing, the Court hereby ORDERS as follows: Defendant shall provide Plaintiff with Defendant's portion of a draft joint letter in compliance with the undersigned's Discovery Standing Order by December 22, 2014. Plaintiff shall then provide Defendant with his portion of the letter by December 29, 2014, and Defendant shall then file the joint letter. If Plaintiff fails to timely respond, Defendant shall file notice pursuant to Paragraph 3 of the Discovery Standing Order.

**IT IS SO ORDERED.**

Dated: December 16, 2014

                                              MARIA-ELENA JAMES<br>
                                              United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NESTOR C. DOMINGO,<br><br>    Plaintiff,<br><br>v.<br><br>PATRICK R. DONAHOE,<br><br>    Defendant. | Case No.  13-cv-04151-CRB   (MEJ)<br><br>**CERTIFICATE OF SERVICE** |

   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

   That on 12/16/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Nestor C. Domingo
38375 Burdette Street
Fremont, CA 94536


Dated: 12/16/2014


Richard W. Wieking
Clerk, United States District Court

By:_____
Chris Nathan, Deputy Clerk to the
Honorable MARIA-ELENA JAMES