UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NESTOR C. DOMINGO,<br>   Plaintiff,<br> v.<br>PATRICK R. DONAHOE,<br>   Defendant. | Case No. 13-cv-04151-CRB   (MEJ)<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 88 |

On December 16, 2014, Plaintiff Nestor C. Domingo filed a Motion to Suppress. Dkt. No. 88. As the motion does not comply with the undersigned's Discovery Standing Order, it is DENIED WITHOUT PREJUDICE.

  **IT IS SO ORDERED.**

Dated: December 18, 2014

                  _____
                  MARIA-ELENA JAMES
                  United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NESTOR C. DOMINGO,

    Plaintiff,

v.

PATRICK R. DONAHOE,

    Defendant.

Case No.  13-cv-04151-CRB   (MEJ)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 12/18/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Nestor C. Domingo
38375 Burdette Street
Fremont, CA 94536

Dated: 12/18/2014

Richard W. Wieking
Clerk, United States District Court

By:_____
Chris Nathan, Deputy Clerk to the
Honorable MARIA-ELENA JAMES

2