UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NESTOR C. DOMINGO,<br>    Plaintiff,<br>  v.<br>PATRICK R. DONAHOE,<br>    Defendant. | Case No. 13-cv-04151-CRB   (MEJ)<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 91 |

Pending before the Court is the parties' joint discovery dispute letter regarding Defendant's request for Kaiser to produce all medical and psychotherapy records for Plaintiff Nestor C. Domingo from January 1, 2005 to November 30, 2009. Having reviewed the parties' positions, the Court finds the records relevant and good cause exists for their production. Accordingly, the Court ORDERS Kaiser to produce all medical and psychotherapy records for Plaintiff Nestor C. Domingo from January 1, 2005 to November 30, 2009.

    **IT IS SO ORDERED.**

Dated: December 29, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NESTOR C. DOMINGO,<br><br>    Plaintiff,<br><br>    v.<br><br>PATRICK R. DONAHOE,<br><br>    Defendant. | Case No.  13-cv-04151-CRB   (MEJ)<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 12/29/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Nestor C. Domingo
38375 Burdette Street
Fremont, CA 94536

Dated: 12/29/2014

                                                      Richard W. Wieking
                                                      Clerk, United States District Court

By:_____
Chris Nathan, Deputy Clerk to the
Honorable MARIA-ELENA JAMES