UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NESTOR C. DOMINGO,

    Plaintiff,

  v.

PATRICK R. DONAHOE,

    Defendant.

Case No. 13-cv-04151-CRB   (MEJ)

**ORDER TO SHOW CAUSE**

On December 16, 2014, the Court ordered the parties to exchange drafts of a joint letter regarding Plaintiff Nestor C. Domingo's conduct at his November 7, 2014 deposition. Dkt. No. 86. Although Defendant Patrick R. Donahoe provided his portion of the joint letter (*see* Wang Decl., Ex. A, Dkt. No. 93), Plaintiff failed to respond. Accordingly, the Court ORDERS as follows:

1) Plaintiff shall provide his portion of the joint letter to Defendant by January 9, 2015; and

2) Plaintiff shall show cause, in writing, why sanctions should not be imposed against him for failure to comply with the Court's December 16, 2014 Order. Plaintiff shall file a declaration in response by January 12, 2015.

**IT IS SO ORDERED.**

Dated: December 29, 2014

MARIA-ELENA JAMES
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NESTOR C. DOMINGO,<br><br>            Plaintiff,<br><br>    v.<br><br>PATRICK R. DONAHOE,<br><br>            Defendant. | Case No.  13-cv-04151-CRB   (MEJ)<br><br>**CERTIFICATE OF SERVICE** |

   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

   That on 12/29/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Nestor C. Domingo
38375 Burdette Street
Fremont, CA 94536


Dated: 12/29/2014


Richard W. Wieking
Clerk, United States District Court


By:_____
Chris Nathan, Deputy Clerk to the
Honorable MARIA-ELENA JAMES