UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NESTOR C. DOMINGO,<br><br>    Plaintiff,<br><br>    v.<br><br>PATRICK R. DONAHOE,<br><br>    Defendant. | Case No. 13-cv-04151-CRB   (MEJ)<br><br>**ORDER DISCHARGING OSC** |

On December 16, 2014, the Court ordered the parties to exchange drafts of a joint letter regarding Plaintiff Nestor C. Domingo's conduct at his November 7, 2014 deposition. Dkt. No. 86. Although Defendant Patrick R. Donahoe provided his portion of the joint letter (*see* Wang Decl., Ex. A, Dkt. No. 93), Plaintiff failed to respond in a timely manner. Accordingly, on December 29, the Court ordered Plaintiff to (1) provide his portion of the joint letter to Defendant by January 9, 2015, and (2) show cause, in writing, why sanctions should not be imposed against him for failure to comply with the Court's December 16 Order. Dkt. No. 95. However, on the same day the Court issued the Order to Show Cause, Plaintiff provided his portion of the letter, and Defendant subsequently filed the joint letter. Dkt. No. 96. Accordingly, so that the Court may focus on the merits of this case, the Order to Show Cause is DISCHARGED. Plaintiff should be mindful that failure to comply with court orders and deadlines in the future will likely result in the imposition of sanctions.

    **IT IS SO ORDERED.**

Dated: January 5, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NESTOR C. DOMINGO,<br><br>            Plaintiff,<br><br>     v.<br><br>PATRICK R. DONAHOE,<br><br>            Defendant. | Case No.  13-cv-04151-CRB   (MEJ)<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 1/5/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Nestor C. Domingo
38375 Burdette Street
Fremont, CA 94536


Dated: 1/5/2015

Richard W. Wieking
Clerk, United States District Court

By:_____
Chris Nathan, Deputy Clerk to the
Honorable MARIA-ELENA JAMES