UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NESTOR C. DOMINGO,

    Plaintiff,

  v.

PATRICK R. DONAHOE,

    Defendant.

Case No. 13-cv-04151-CRB   (MEJ)

**DISCOVERY ORDER**

Re: Docket No. 96

On January 2, 2015, the parties filed a joint letter regarding Plaintiff Nestor C. Domingo's conduct at his November 7, 2014 deposition.  Dkt. No. 96.  Defendant Patrick R. Donahoe seeks an order compelling Plaintiff to submit to a further deposition on the following subjects: (1) whether Plaintiff believes that it was inappropriate to ask him to submit to a psychological fitness for duty examination after the examination by Dr. Raffle; and (2) if so, the basis for Plaintiff's belief and facts supporting his belief.  Good cause appearing, the Court GRANTS Defendant's request and ORDERS Plaintiff to submit to up to 1.5 hours of further deposition, to be completed by February 20, 2015.

    **IT IS SO ORDERED.**

Dated: January 5, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NESTOR C. DOMINGO,

   Plaintiff,

  v.

PATRICK R. DONAHOE,

   Defendant.

Case No.  13-cv-04151-CRB   (MEJ)

**CERTIFICATE OF SERVICE**

  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

  That on 1/5/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Nestor C. Domingo
38375 Burdette Street
Fremont, CA 94536


Dated: 1/5/2015

                Richard W. Wieking
                Clerk, United States District Court

                By:_____
                Chris Nathan, Deputy Clerk to the
                Honorable MARIA-ELENA JAMES