UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NESTOR C. DOMINGO,<br><br>    Plaintiff,<br><br>    v.<br><br>PATRICK R. DONAHOE,<br><br>    Defendant. | Case No. 13-cv-04151-CRB   (MEJ)<br><br>**ORDER RE: PLAINTIFF'S ADMINISTRATIVE REQUESTS**<br><br>Re: Dkt. Nos. 104, , 105 |

    Pending before the Court are Plaintiff Nestor Domingo's "Motion to Request Correction of Record and Appropriate Relief" and "Motion for Clarification re: Discovery Order." Dkt. Nos. 104, 105. As to Plaintiff's request for correction, he appears to argue that the Court improperly issued an order to show cause regarding his discovery obligations (Dkt. No. 95). However, as the Court discharged the order to show cause (Dkt. No. 99), this issue is moot. As to Plaintiff's request for clarification, the Court found Plaintiff's medical and psychotherapy records from January 1, 2005 to November 30, 2009 relevant based on Defendant's position in the parties' joint letter (Dkt. No. 91). Accordingly, Plaintiff's requests are DENIED.

    **IT IS SO ORDERED.**

Dated: February 25, 2015

                                                  MARIA-ELENA JAMES<br>
                                                  United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NESTOR C. DOMINGO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PATRICK R. DONAHOE,<br><br>　　　　Defendant. | Case No.  13-cv-04151-CRB   (MEJ)<br><br>**CERTIFICATE OF SERVICE** |

　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　That on 2/25/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Nestor C. Domingo
38375 Burdette Street
Fremont, CA 94536


Dated: 2/25/2015


　　　　　　　　　　　　　　　　　　　　Richard W. Wieking
　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court


　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　Chris Nathan, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　Honorable MARIA-ELENA JAMES