IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NESTOR C. DOMINGO,                              No. C13-04151 CRB

          Plaintiff,                          **JUDGMENT**

  v.

PATRICK R. DONAHOE,

          Defendant.
_____/

Having granted Defendant's Motion for Summary Judgment, see Order re MSJ (dkt. 129), the Court hereby enters judgment for Defendant and against Plaintiff.

**IT IS SO ORDERED.**

Dated: April 14, 2015                          _____
                                               CHARLES  R. BREYER
                                               UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California